

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton** 312-435-5670
**Clerk**

Date: 02/08/2022

USDC Central District of Illinois

Re: Chipiga v. Degroot's Vegetable Farms

USDC Case Number: 1:21-cv-05352

Dear Clerk:

Pursuant to the order entered by Honorable **Joan B. Gottschall**, on 02/07/2022, the above record was

    ☒    electronically transmitted to USDC Central District of Illinois

    ☐    paper documents were sent via certified mail to

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

    Sincerely,
    Thomas G. Bruton, Clerk

    By:    /s/ Roberto Cornejo
            Deputy Clerk

New Case No. _____    Date _____

cc:    Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016